UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61801-CIV-LENARD/GARBER

UNITED STATES OF AMERICA,

v.

FRITZ POGNON,
    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court on plaintiff United States of America's Motion for Attorney's Fees and Costs (DE 33). Defendant Fritz Pognon has not responded. Upon due consideration, the Court GRANTS in part and DENIES in part the United States' Motion.

    In bringing suit, the government sought to recover funds due from Pognon after he defaulted on a student loan. The Court granted summary judgment in favor of the government and entered judgment in its favor. (DE 32). The government now seeks costs, as permitted by federal law, and attorneys' fees to which it is entitled according to the terms of the promissory note at issue in this case.

    With respect to the government's claims for fees, the Court has examined, as it must, both the time spent and the hourly rate billed to determine whether the fees sought were necessary and reasonable. See, e.g., Duckworth v. Whisenant, 97 F.3d 1393, 1396 (11th Cir. 1996). Attorney Marquez has submitted a detailed affidavit documenting the 7.2 hours she has spent working on this case. The Court finds that this time was reasonably and necessarily expended. The Court also finds that Ms. Marquez's $200 hourly rate is reasonable. The total amount requested for attorneys' fees, then, of $1,440.00, is also reasonable.

The United States also seeks to recover $295.00 in costs. The $20 sought for service of the summons and complaint is taxable under 28 U.S.C. § 1920(1). E.E.O.C. v. W & O, Inc., 213 F.3d 600, 624 (11th Cir. 2000) (allowing reimbursement for costs of private process server). However, there is no statutory support for the recovery of costs associated with mediation. See, e.g., Turcios v. Delicias Hispanas Corp., No. 07-20150-CIV, 2009 WL 1393238, at *5 (S.D. Fla. May 14, 2009). Thus the $275.00 sought for a mediation service fee will not be awarded.

Accordingly, for the reasons set forth above, the Court hereby

ORDERS that the government's Motion for Fees and Costs (DE 70) is GRANTED in part and DENIED in part such that the plaintiff United States shall have and recover from the defendant Fritz Pognon the sum of $1,460.00 as and for reasonable and necessary fees and costs incurred by the government in this cause.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of April, 2011.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE